# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

| | |
|---|---|
| FAMILY HEALTH CENTERS OF SOUTHWEST FLORIDA, INC., a Florida non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>SIMONE MARSTILLER, Secretary, Florida Agency for Health Care Administration, in her official capacity; and XAVIER BECERRA, Secretary, United States Department of Health and Human Services, in his official capacity,<br><br>Defendants. | Case No.: 2:21-cv-00278-SPC-NPM |

## RULE 7.1 AND LOCAL RULE 3.03 DISCLOSURE STATEMENT

Plaintiff, FAMILY HEALTH CENTERS OF SOUTHWEST FLORIDA, INC., hereby discloses the following pursuant to the Court's Order on Interested Persons and Corporate Disclosure:

1. Each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

FAMILY HEALTH CENTERS OF SOUTHWEST FLORIDA, INC.

Lloyd A. Bookman, HOOPER, LUNDY & BOOKMAN, P.C.

Michael J. Bittman, NELSON MULLINS RILEY & SCARBOROUGH, LL

7059687.1

2. Each entity with publicly traded shares or debt potentially affected by the outcome:

N/A

3. Each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee:

N/A

4. Each person arguably eligible for restitution:

N/A

5. If filed by a nongovernmental corporate party, then identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

N/A

6. I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated: April 2, 2021                /s/ Lloyd A. Bookman
                                    Lloyd A. Bookman, Lead Counsel
                                    California Bar No. 89251
                                    E-Mail: lbookman@health-law.com
                                    HOOPER, LUNDY & BOOKMAN, P.C.
                                    1875 Century Park East, Suite 1600
                                    Los Angeles, California 90067
                                    (310) 551-8111
                                    (*pro hoc vice application pending*)

>*/s/ Michael J. Bittman*
>Michael J. Bittman
>Florida Bar No. 0347132
>E-Mail: mike.bittman@nelsonmullins.com
>NELSON MULLINS RILEY &
>SCARBOROUGH, LLP
>390 North Orange Avenue, Suite 1400
>Orlando, Florida 32801
>(407) 839-4200
>
>Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of April, 2021, a true and correct copy of the foregoing has been filed electronically with the Clerk of the Court using the CM/ECF filing system, which will send a notice of electronic filing to all counsel of record.

>*/s/ Michael J. Bittman*
>Michael J. Bittman

4848-2233-8275 v.3
067750/01500

3