UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FAMILY HEALTH CENTERS OF
SOUTHWEST FLORIDA, INC., a
Florida non-profit corporation,

    Plaintiff,

v.                                            Case No.:  2:21-cv-278-SPC-NPM

SIMONE MARSTILLER,

    Defendant.
_____/

**ORDER**[1]

Before the Court is Defendant Jason Weida,[2] Secretary of the Florida Agency for Health Care Administration's Motion to Defer Ruling on Plaintiff's Motion for Attorneys' Fees and Expenses. (Doc. 82). Plaintiff Family Health Centers of Southwest Florida, Inc.'s ("FHC") opposed the Motion. (Doc. 85). For the following reasons, the Court grants Weida's Motion.

But first some brief background. This case is about a Medicaid reimbursement rate. FHC is a health center that treats Medicaid

---

[1] Disclaimer: Papers hyperlinked to CM/ECF may be subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or their services or products, nor does it have any agreements with them. The Court is not responsible for a hyperlink's functionality, and a failed hyperlink does not affect this Order.

[2] Jason Weida succeeded Simone Marstiller as Secretary of the Florida Agency for Health Care Administration. Under Fed. R. Civ. P. 25(d), Weida is thus "automatically substituted as a party" in this case originally brought against Secretary Marstiller in her official capacity as Secretary.

beneficiaries. It is reimbursed at a set rate for the services it provides. FHC asked the State of Florida to increase its reimbursement rate to account for its growing workforce and services. The State mostly denied the request, and this suit followed.

The Court recently granted FHC's Motion for Summary Judgment (Doc. 78) and entered judgment (Doc. 79). FHC then moved for attorneys' fees and expenses. (Doc. 80). Before his response was due, Weida filed a Notice of Appeal (Doc. 81) and a motion to defer FHC's motion for attorneys' fees and expenses pending the outcome of the appeal (Doc. 82).

Turning to the substance of Weida's motion, the Court has wide discretion to control the timing of decisions on motions for costs filed during the pendency of an appeal. *See* Fed. R. Civ. P. 54(d) Advisory Committee Note to 1993 Amendment ("If an appeal on the merits of the case is taken, the court may rule on the claim for fees, may defer its ruling on the motion, or may deny the motion without prejudice, directing under subdivision (d)(2)(B) a new period for filing after the appeal has been resolved"); *see also Gonzalez v. Wal-Mart Stores, Inc.*, No. 8:21-CV-2077-KKM-JSS, 2022 WL 18717046, at *1 (M.D. Fla. Dec. 12, 2022), *report and recommendation adopted*, No. 8:21-CV-2077-KKM-JSS, 2022 WL 18716761 (M.D. Fla. Dec. 28, 2022).

Here, the Court agrees with Weida: deferring ruling on FHC's Motion for Attorneys' Fees and Expenses while Weida's appeal is pending is appropriate.

2

Courts routinely defer ruling on motions for attorney's fees and costs pending appeal in the interest of judicial economy. See *Pinto v. Rambosk*, No. 2:19-CV-551-JLB-MRM, 2021 WL 4263404, at *2 (M.D. Fla. Sept. 20, 2021); *Truesdell v. Thomas*, No. 5:13-cv-552-Oc-10PRL, 2016 WL 7049252, at *2 (M.D. Fla. Dec. 5, 2016) (collecting cases). The Court may need to reconsider attorneys' fees after appeal and fee issues may be resolved in appellate mediation. Given the procedural posture of the case, and the amount of fees Defendants seek, the Court will defer ruling on FHC's motion.

Accordingly, it is

**ORDERED:**

1. Defendant's Motion to Defer Ruling on the Motion for Attorneys' Fees and Expenses (Doc. 82) is **GRANTED**.

2. Plaintiff's Motion for Attorneys' Fees and Expenses (Doc. 80) is **DENIED without prejudice**. Plaintiff may refile, if appropriate, on or before fourteen (14) days after the entry of the Eleventh Circuit's mandate on Defendant's appeal.

3. The Clerk is **DIRECTED** to change the case caption to reflect that Jason Weida has succeeded Simone Marstiller as Secretary of the Florida Agency for Health Care Administration.

**DONE** and **ORDERED** in Fort Myers, Florida on April 11, 2023.

_/s/ Sheri Polster Chappell_
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record

4